**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
**www.flmb.uscourts.gov**

In re:

Walker Pizza Company,                    Case No. 8:23-bk-03640-CPM
Debtor.                                  Chapter 7
_____/

ANGELA WLECH, AS CHAPTER 7
TRUSTEE,
    Plaintiff,

v.                                       Adv. P. No. 8:24-ap-00068-CPM

JONATHAN WALKER and WABASH
PIZZERIA & ICE CREAM COMPANY, LLC
    Defendants.[1]
_____/

## MOTION FOR EXTENSION OF TIME TO RETAIN COUNSEL

Defendant, hereby files this *Motion for Extension of Time to Retain Counsel* ("Motion"). In support thereof, Defendant states as follows:

1. The undersigned represents Walker Pizza Company and owner Jonathan Walker in the underlying bankruptcy case, but has not been retained to represent Defendant in this adversary proceeding.

2. Defendant is currently consulting with attorneys and is in the process of hiring counsel to represent them in this adversary proceeding.

3. Accordingly, Defendant requests a 30-day extension of time to retain counsel.

WHEREFORE, Defendant respectfully requests that this Court enter an order granting the Motion and for any other relief deemed proper and just.

---

[1] References to "Defendant" include and refer to all named defendants unless otherwise specified.

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on or before April 1, 2024, a true and correct copy of the foregoing was served upon the following parties by CM/ECF electronic mail to Eugene H. Johnson, Esq. of the Johnson Law Firm, P.A. at ehj@johnsonlawpa.com.

      */s/ Jay Weller*
Jay M. Weller, Esq.
Florida Bar No. 985856
WELLER LEGAL GROUP, P.A.
25400 U.S. 19 N., Ste. 150
Clearwater, FL 33763
T: (727) 539-7701
E: jweller@wellerlegalgroup.com