ORDERED.

Dated: April 02, 2024

*Catherine Peek McEwen*
Catherine Peek McEwen
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

In re:

Walker Pizza Company,  Case No. 8:23-bk-03640-CPM
Debtor.  Chapter 7
_____/

ANGELA WLECH, AS CHAPTER 7
TRUSTEE,
    Plaintiff,

v.  Adv. P. No. 8:24-ap-00068-CPM

JONATHAN WALKER and WABASH
PIZZERIA & ICE CREAM COMPANY, LLC
    Defendants.[1]
_____/

**ORDER GRANTING DEFENDANT'S MOTION**
**FOR EXTENSION OF TIME TO RETAIN COUNSEL**

THIS CASE came on for consideration of Defendant's *Motion for Extension of Time to Retain Counsel* (Doc. No. 4) ("Motion") without a hearing upon the Court's own initiative. The Court, having considered the Motion and reviewed the record, finds that the motion should be granted. Accordingly, it is

---

[1] References to "Defendant" include and refer to all named defendants unless otherwise specified.

**ORDERED** the Motion is GRANTED. To allow Defendant additional time to retain counsel, the deadline for Defendant to submit a motion or answer to the complaint as required by the *Summons in an Adversary Proceeding* (Doc. No. 2) shall be extended to 30 days from the date of this order.

Attorney Jay Weller is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this order.