United States Bankruptcy Court

Middle District of Florida

Welch,
    Plaintiff

Walker,
    Defendant

Adv. Proc. No. 24-00068-CPM

# CERTIFICATE OF NOTICE

| District/off: 113A-8 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Apr 02, 2024 | Form ID: pdfdoc | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 04, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| dft | + Jonathan Walker, 610 Jessanda Circle, Lakeland, FL 33813-2681 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 04, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 2, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Eugene H Johnson | on behalf of Plaintiff Angela Welch ehj@johnsonlawpa.com kristie@johnsonlawpa.com;lauren@johnsonlawpa.com;shelby@johnsonlawpa.com;ehj@ecf.courtdrive.com |

TOTAL: 1

ORDERED.

Dated:  April 02, 2024

*Catherine M. McEwen*
Catherine Peek McEwen
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | |
| Walker Pizza Company, | Case No. 8:23-bk-03640-CPM |
| Debtor. | Chapter 7 |
| _____/ | |
| ANGELA WLECH, AS CHAPTER 7 TRUSTEE, | |
|     Plaintiff, | |
| v. | Adv. P. No. 8:24-ap-00068-CPM |
| JONATHAN WALKER and WABASH PIZZERIA & ICE CREAM COMPANY, LLC | |
|     Defendants.[1] | |
| _____/ | |

**ORDER GRANTING DEFENDANT'S MOTION**
**FOR EXTENSION OF TIME TO RETAIN COUNSEL**

THIS CASE came on for consideration of Defendant's *Motion for Extension of Time to Retain Counsel* (Doc. No. 4) ("Motion") without a hearing upon the Court's own initiative. The Court, having considered the Motion and reviewed the record, finds that the motion should be granted. Accordingly, it is

---

[1] References to "Defendant" include and refer to all named defendants unless otherwise specified.

**ORDERED** the Motion is GRANTED. To allow Defendant additional time to retain counsel, the deadline for Defendant to submit a motion or answer to the complaint as required by the *Summons in an Adversary Proceeding* (Doc. No. 2) shall be extended to 30 days from the date of this order.

Attorney Jay Weller is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this order.