**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
**www.flmb.uscourts.gov**

In re:

Walker Pizza Company,                                    Case No. 8:23-bk-03640-CPM
Debtor.                                                              Chapter 7
_____/

ANGELA WELCH, AS CHAPTER 7
TRUSTEE,
        Plaintiff,

v.                                                                         Adv. P. No. 8:24-ap-00068-CPM

JONATHAN WALKER and WABASH
PIZZERIA & ICE CREAM COMPANY, LLC
        Defendants.[1]
_____/

## SECOND MOTION FOR EXTENSION OF TIME TO RETAIN COUNSEL

Defendant, hereby files this *Second Motion for Extension of Time to Retain Counsel* ("Motion"). In support thereof, Defendant states as follows:

1.    The undersigned represents Walker Pizza Company and owner Jonathan Walker in the underlying bankruptcy case, but has not been retained to represent Defendant in this adversary proceeding.

2.    Defendant is still actively trying to secure legal representation in this adversary proceeding. Due to the number of different Counts raised in the Complaint and technical aspects of the case, Defendant has thus far been able to locate competent counsel at an affordable price.

3.    Accordingly, Defendant requests one additional 30-day extension of time to continue their efforts to retain counsel.

---

[1] References to "Defendant" include and refer to all named defendants unless otherwise specified.

WHEREFORE, Defendant respectfully requests that this Court enter an order granting the Motion and for any other relief deemed proper and just.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on or before May 2, 2024, a true and correct copy of the foregoing was served upon the following parties by CM/ECF electronic mail to Eugene H. Johnson, Esq. of the Johnson Law Firm, P.A. at ehj@johnsonlawpa.com.

> */s/ Jay Weller*
> Jay M. Weller, Esq.
> Florida Bar No. 985856
> WELLER LEGAL GROUP, P.A.
> 25400 U.S. 19 N., Ste. 150
> Clearwater, FL 33763
> T: (727) 539-7701
> E: jweller@wellerlegalgroup.com